UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAROL KEARLEY, ) | |
| Plaintiff, ) | |
| v. ) | NO. 2: 09-cv-0054 |
| FICOSA NORTH AMERICAN ) | |
| CORPORATION, and DELBAR ) | JUDGE CAMPBELL |
| PRODUCTS, INC., ) | |
| Defendants. ) | |

ORDER

Pending before the Court is Plaintiff's Motion to Remand (Docket No. 12). For the reasons stated in the accompanying Memorandum, Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE