IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

CAROL KARLEY )
)
v. ) No. 2-09-0054
)
FICOSA NORTH AMERICA )
CORPORATION; and DELBAR )
PRODUCTS, INC.[1] )

O R D E R

By order entered Jnauary 27, 2010 (Docket Entry No. 29), Magistrate Judge Brown referred this case to the undersigned to conduct a settlement conference. Pursuant to that order and the order entered February 3, 2010 (Docket Entry No. 30, a settlement conference was held on April 14, 2010, at the conclusion of which the parties reached a settlement.

However, on May 13, 2010, counsel for the parties called the Court to advise that the defendant has not fulfilled one term of the agreement.

Therefore, a status hearing is scheduled on **Friday, May 28, 2010, at 10:00 a.m., central time,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

Counsel for the parties, Bruce Boyce, and Xavier Tarrago, Secretary of the defendant, shall appear for the hearing. The plaintiff shall not be required to appear.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By stipulation and order of dismissal entered December 23, 2009 (Docket Entry No. 28), the claims against defendant Delbar Products, Inc. were dismissed.